IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-CR-00172-EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

11.  DANIEL HARRIS a/k/a "PT",

    Defendant.

## ORDER REGARDING DEFENDANT DANIEL HARRIS' MOTION TO REVIEW DETENTION ORDER AND EXECUTION OF THE ORDER (DOCKET NO. 331)

**Entered by United States Magistrate Judge Michael J. Watanabe**

    This matter is before the court on Defendant Daniel Harris' Motion to Review Detention Order and Execution of the Order (docket no. 331). The court has reviewed the motion (docket no. 331), the response (docket no. 342), and reply (docket no. 345) and has further taken judicial notice of the court's file. In addition, the court has considered applicable Federal Rules of Criminal Procedure, 18 U.S.C. § 3145(b), and applicable case law. The court now being fully informed makes the following findings of fact, conclusions of law, and order.

    In the subject motion, Defendant Daniel Harris seeks an order from this court modifying his conditions of confinement at the Douglas County Jail. Defendant Harris argues that since his status conference hearing before Chief Judge Edward W. Nottingham on June 22, 2007, he has been confined to the Douglas County Jail where he has been under 23-hour lockup. Moreover, Defendant Harris argues that he has

committed no institutional infractions and has engaged in no misconduct that justifies such restrictive confinement.  Further, he argues that he has been unable to place phone calls to his attorney Dan Sears to discuss legal matters of importance.  Lastly, Defendant Harris argues that he is being punished by the ordered isolation in advance of any adjudication in the above case.

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

The court finds:

1. That I have jurisdiction over the subject matter and over the parties to this matter;

2. That venue is proper in the state and District of Colorado;

3. That I conducted a detention hearing on June 18, 2007;

4. That on June 18, 2007, I entered an Order of Detention (docket no. 284);

5. That I outlined in detail my findings of fact and conclusions of law to support my Order of Detention.  See docket no. 284;

6. That the United States Marshal Service for the District of Colorado has been and is currently maintaining the care, custody, and control over Defendant;

7. That the United States Marshal Service for the District of Colorado is responsible for Defendant Harris' safety, security, and placement;

8. That absent extraordinary circumstances, this court will not

3

interfere in the placement and security decisions made by the United States Marshal Service with respect to pretrial detention. See United States v. Rosario, 1990 WL 106587 (E.D. Pa. 1990)

9. That no such extraordinary circumstances are present here;

10. That there is no evidence to suggest that counsel, Mr. Sears, is not able to speak and communicate with Defendant Harris at the Douglas County Jail where he is currently being housed. Mr. Sears must comply with the rules and regulations of such jail.

**WHEREFORE**, based upon these findings of fact and conclusions of law, this court

**ORDERS** that the Defendant Daniel Harris' Motion to Review Detention Order and Execution of the Order (docket no. 331) is **DENIED**.

Done this 16th day of July 2007.

BY THE COURT

s/ Michael J. Watanabe
Michael J. Watanabe
United States Magistrate Judge